# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### DOCKET NO: 3:19-CR-00403-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ELIO GARCIA GODINEZ, ) | |
| LUIS DAVID SAAVEDRA BRAVO, ) | |
| MIGUEL ANGEL BENITEZ CASTREJON, ) | |
| ELEONEL CASTREJON GARCIA, ) | |
| IVAN JARDON TRUJILLO, SR., ) | |
| IVAN TRUJILLO GARCIA, JR., ) | |
| ESTEFANI GARCIA SANDOVAL, and ) | |
| MATILDE ISAIAS CRUZ PORTILLO ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Second Unopposed Motions to Continue, filed by Defendants Luis Bravo (#84), Ivan Garcia (#88), and Ivan Trujillo, Sr. (#96). Having considered the matter, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Second Unopposed Motions to Continue—filed by Defendants Luis Bravo (#84), Ivan Garcia (#88), and Ivan Trujillo, Sr. (#96)—are **GRANTED,** and this matter is continued to the next criminal term. The Court finds that the delay caused by this continuance shall be excluded in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv), as failure to grant such a continuance would deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Also, the ends of justice served by granting such continuance outweigh the best interests of the public and Defendant in a speedy trial. Specifically, Defendant's counsel needs additional time to review discovery to prepare for trial or other resolution of this matter.

**IT IS FURTHER ORDERED** that, in accordance with 18 U.S.C. § 3161(h)(6), this matter is continued as to the remaining co-defendants and the time is excluded as a reasonable period of delay as such defendants are joined with a co-defendant whose case has been continued from the term and as to whom the time for trial has not run and no motion for severance has been granted.

This matter is continued to the next criminal term, and the time is excluded. The time for filing pretrial motions is **ENLARGED** by 60 days from entry of this Order.

Signed: February 24, 2020

Max O. Cogburn Jr
United States District Judge